*Friday, January 7, 2000*

## MOTION DOCKET

**99–2211. Tidenberg v. Jones.**
Stark App. No. 1999CA00115. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of the court of appeals' judgment be, and hereby is, denied.

**99–2218. State v. King.**
Cuyahoga App. No. 76373. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of the court of appeals' judgment be, and hereby is, denied.

Douglas, Resnick and F.E. Sweeney, JJ., dissent.

## DISCIPLINARY DOCKET

**94–537. Dayton Bar Assn. v. Marzocco.**
IT IS ORDERED by this court, *sua sponte*, that Ralph L. Marzocco, Attorney Registration No. 0020072, last known business address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of December 23, 1994, to wit, failure to pay board costs in the amount of $3,207.72 on or before March 23, 1995, and failure to pay publication costs in the amount of $147.66 on or before June 14, 1995.

**96–433. Mahoning Cty. Bar Assn. v. Michaels.**
IT IS ORDERED by this court, *sua sponte*, that Joseph T. Michaels, Attorney Registration No. 0019397, last known address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of June 26, 1996, to wit, failure to pay publication costs in the amount of $95.16 on or before June 3, 1997.

**96–2434. Dayton Bar Assn. v. Marzocco.**
IT IS ORDERED by this court, *sua sponte*, that Ralph Louis Marzocco, Attorney Registration No. 0020072, last known business address in Dayton, Ohio, is found in contempt for failure to comply with this court's orders of July 16, 1997, and September 25, 1997, to wit, failure to file an affidavit of compliance on or before August 15, 1997, failure to pay board costs in the amount of $1,701.25 on or before October 14, 1997, and failure to pay additional board costs in the amount of $157.42 on or before December 24, 1997.

**96–2785. Cleveland Bar Assn. v. Armon.**
IT IS ORDERED by this court, *sua sponte*, that Joseph J. Armon, Attorney Registration No. 0032181, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of June 4, 1997, to wit, failure to pay board costs in the amount of $210.77 on or before September 2, 1997.

**97–1313. Disciplinary Counsel v. Chavers.**
IT IS ORDERED by this court, *sua sponte*, that Clarence L. Chavers, Jr., Attorney Registration No. 0024930, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of December 31, 1997, to wit, failure to pay board costs in the amount of $305.73 on or before March 31, 1998.